RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Rashaad Howard

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RASHAAD HOWARD,<br><br>                    Defendant. | Case No. 2:20-cr-00255-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Rashaad Howard, that the Revocation Hearing currently scheduled on December 9, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than one week.

This Stipulation is entered into for the following reasons:

1.     Ms. Lambrose has a conflict with the current date and time.

2.     The defendant is out of custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

1      This is the first request for a continuance of the revocation hearing.

2      DATED this 8th day of December, 2020.

3

4 RENE L. VALLADARES                NICHOLAS A. TRUTANICH
Federal Public Defender                United States Attorney

5

6      */s/ Margaret W. Lambrose*              */s/ Jared Grimmer*
By_____       By_____

7 MARGARET W. LAMBROSE           JARED GRIMMER
Assistant Federal Public Defender       Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00255-JCM-DJA |
| Plaintiff, | **<u>ORDER</u>** |
| v. |  |
| RASHAAD HOWARD, |  |
| Defendant. |  |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 9, 2020 at 10:00 a.m., be vacated and continued to <u>January 13, 2021</u> at the hour of <u>11:00 a.m.</u>

DATED December 9, 2020.

_____
UNITED STATES DISTRICT JUDGE

3