RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Rashaad Howard

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00255-JCM-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| RASHAAD HOWARD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Rashaad Howard, that the Revocation Hearing currently scheduled on January 13, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.      Possible COVID-19 exposure.

2.      The defendant is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

1      This is the second request for a continuance of the revocation hearing.

2      DATED this 12th day of January, 2021.

3

4    RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
     Federal Public Defender               United States Attorney

5

6        /s/ Margaret W. Lambrose              /s/ Jared Grimmer
     By_____       By_____

7    MARGARET W. LAMBROSE                  JARED GRIMMER
     Assistant Federal Public Defender     Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00255-JCM-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| RASHAAD HOWARD, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, January 13, 2021 at 10:00 a.m., be vacated and continued to <u>February 10, 2021</u> at the hour of <u>10:00 a.m.</u>

DATED January 13, 2021.

_____
UNITED STATES DISTRICT JUDGE

3